# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00415-CV

---

### Eleanor Powell, Individually and as Independent Executor for the Estate of Jay Frank Powell, Appellant

**v.**

### 4646 Rockcliff Road Land Trust, Kenneth A. Kalinoski, and Jean M. Kalinoski, Appellees

---

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-19-001809, THE HONORABLE GUY S. HERMAN, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

On September 11, 2020, this Court granted appellant's emergency motion to stay execution of final judgment and ruling and issued a temporary stay pending our review of the trial court's ruling on supersedeas. Having reviewed the parties' filings, we deny appellant's motion seeking to overturn the trial court's security ruling and lift our September 11, 2020 temporary stay.

It is ordered on December 29, 2020.

Before Chief Justice Rose, Justices Baker and Kelly